**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| Jamar Leroy Henderson, | Case No. 24-12261-PMM |
| *Debtor*. | Chapter 13 |

**Motion to Extend the Automatic Stay**

Debtor Jamar Leroy Henderson, through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on July 1, 2024. He has not yet filed a plan and all schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b), but will do so in a timely manner.

2. The Debtor was involved in one active bankruptcy between July 2, 2023, and July 1, 2024:

| Case No. | District | Filed | Dismissed | Reason |
|---|---|---|---|---|
| 23-12680 | PAEB | 09/07/2023 | 03/26/2024 | Unreasonable delay |

3. Because the Debtor was involved in only one active bankruptcy between July 2, 2023, and July 1, 2024, the automatic stay is set to expire on July 31, 2024. 11 U.S.C. § 362(c)(3)(A).

4. The Court may extend the automatic stay when a case is filed in good faith as to the creditors to be stayed. Good faith means that there are new circumstances demonstrating that the Debtor can probably reach the end of a chapter 13 plan. *In re Legree*, 285 B.R. 615, 620 (Bankr. E.D. Pa. 2002).

5. This case was filed in good faith. This motion will be amended to explain particular changing circumstances after the schedules are filed.

6. Because this case was filed in good faith, the Court must continue the automatic stay against all creditors until the Debtor receive a discharge.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: July 1, 2024                        CIBIK LAW, P.C.
                                          *Attorney for Debtor*

                                          By: _____
                                          Mike Assad (#330937)
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA 19102
                                          215-735-1060
                                          help@cibiklaw.com