# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Jamar Leroy Henderson,<br><br>*Debtor*. | Case No. 24-12261-PMM<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Extend the Automatic Stay
- Notice of Motion to Extend the Automatic Stay, Response Deadline, and Hearing Date

Date: July 1, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

CFNA
Attn: Bankruptcy
PO Box 81315
Cleveland, OH 44181-0315

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Community Loan Servicing, LLC
Attn: Bankruptcy Dept
4425 Ponce De Leon Blvd Fl 5
Coral Gables, FL 33146-1837

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Attn: Bankruptcy
1661 Worthington Rd , Ste 100
West Palm Beach, FL 33409

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Co Drs
34 S 11th St Rm 304
Philadelphia, PA 19107

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Self INC/Lead Bank
Communtiy Bank
Attn: Bankruptcy 1801 Main St
Kansas City, MO 64108

Sunrise Banks
Attn: Bankruptcy 2525 Wabash Ave
Saint Paul, MN 55114

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United Acceptance, Inc.
Attn: Bankruptcy
PO Box 926
Morrow, GA 30260

3