UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jamar Leroy Henderson, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 24-12261 (PMM) |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Extend the Automatic Stay (doc. #5, the "Motion");

It is hereby **ordered** that:

1) A hearing with regard to the Motion will be held on **Wednesday, August 7, 2024 at 1:00 p.m.** in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.

2) The automatic stay shall remain in place with regard to all creditors, see 11 U.S.C. §362(c)(3), on an interim basis through August 7, 2024.

Date: 7/24/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**