**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jamar Leroy Henderson,              :        Chapter 13
                                           :
Debtor.                                    :        Bky. No. 24-12261 (PMM)

**O R D E R**

AND NOW, upon consideration of the Debtors' Motion for an Additional Extension of Time (Doc. no. 16, "the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **August 5, 2024**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED.** If the required schedules, statements and other documents are not timely filed, this case may be **DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtors' right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before September 24, 2024.**

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

**Date:  7/26/24**

_____
**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**