**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 24-12261-PMM |
| Jamar Leroy Henderson, | Chapter 13 |
| Debtor. | Related to ECF No. 5 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Motion to Extend Automatic Stay, which was filed with the Court on July 1, 2024, as ECF No. 5. Thank you.

Date: August 6, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com