United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 24-12261-pmm
Jamar Leroy Henderson    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Aug 07, 2024    Form ID: pdf900    Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jamar Leroy Henderson, 5049 N 16th St, Philadelphia, PA 19141-2240 |
| 14907655 | | Deutche Bank National Trust, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14911081 | + | FORD MOTOR CREDIT COMPANY LLC, 1787 Veterans Hwy Ste 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 14904690 | + | HSBC Bank USA, Nation Assoc., c/o Matthew K. Fissel, Esq., Brock & Scott, PLLC, 3825 Forrestgate Drive, Winston Salem NC 27103-2930 |
| 14902971 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14902972 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 08 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 08 2024 00:03:00 | HSBC Bank USA, National Association, as Trustee fo, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 14902959 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 08 2024 00:03:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14902960 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 08 2024 00:03:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14902961 | | Email/Text: BKPT@cfna.com | Aug 08 2024 00:03:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14902962 | | Email/Text: megan.harper@phila.gov | Aug 08 2024 00:03:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14902963 | | Email/Text: bankruptcy@philapark.org | Aug 08 2024 00:03:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14902964 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 08 2024 00:03:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 14902965 | | Email/Text: mrdiscen@discover.com | Aug 08 2024 00:03:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14904445 | + | Email/Text: EBN@brockandscott.com | Aug 08 2024 00:03:00 | HSBC Bank USA ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14902966 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2024 00:03:00 | Internal Revenue Service, Centralized Insolvency |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: pdf900 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14902967 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 08 2024 00:03:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Attn: Bankruptcy, 1661 Worthington Rd , Ste 100, West Palm Beach, FL 33409-6493 |
| 14902968 | | Email/Text: fesbank@attorneygeneral.gov | Aug 08 2024 00:03:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14904446 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 08 2024 00:03:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14902969 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14902970 | ^ | MEBN | Aug 08 2024 00:00:57 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14902973 | | Email/Text: bankruptcy@philapark.org | Aug 08 2024 00:03:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14911080 | + | Email/Text: bankruptcy@rubinrothman.com | Aug 08 2024 00:03:00 | Rubin & Rothman LLC., 1787 Veterans Hwy Ste 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 14902974 | + | Email/Text: bankruptcy@self.inc | Aug 08 2024 00:03:00 | Self INC/Lead Bank Communtiy Bank, Attn: Bankruptcy 1801 Main St, Kansas City, MO 64108-2352 |
| 14902975 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Aug 08 2024 00:03:00 | Sunrise Banks, Attn: Bankruptcy 2525 Wabash Ave, Saint Paul, MN 55114-1020 |
| 14902976 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 08 2024 00:03:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14902977 | ^ | MEBN | Aug 08 2024 00:00:49 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14902978 | ^ | MEBN | Aug 08 2024 00:00:56 | United Acceptance, Inc., Attn: Bankruptcy, PO Box 926, Morrow, GA 30260-0926 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 09, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 07, 2024 | Form ID: pdf900 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor HSBC Bank USA National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jamar Leroy Henderson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Jamar Leroy Henderson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Jamar Leroy Henderson<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−12261−pmm<br><br><br>Chapter: 13 |

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 26, 2024, this case is hereby DISMISSED.

**Date: August 7, 2024**

_Patricia M. Mayer_
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2